# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 19-10030 AIH Judge: Arthur I. Harris
Case Name: WOLFE, RYAN DAVID

For Period Ending: 05/11/19

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.
Date Filed (f) or Converted (c): 01/03/19 (f)
341(a) Meeting Date: 02/11/19
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1994 Toyota | 0.00 | 0.00 | | 0.00 | FA |
| 2. 2012 Ford | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. ELECTRONICS | 135.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 325.00 | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. CASH | 30.00 | 0.00 | | 0.00 | FA |
| 8. Checking, savings accounts | 53.00 | 0.00 | | 0.00 | FA |
| 9. Income tax refund | 2,922.00 | 0.00 | | 0.00 | 1.00 |

TOTALS (Excluding Unknown Values)     $4,865.00     $0.00     $0.00     Gross Value of Remaining Assets $1.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

/s/ TRUSTEE VIRGIL E. BROWN, JR.
_____ Date: 05/11/19
TRUSTEE VIRGIL E. BROWN, JR.

LFORM1     Ver: 22.01a

19-10030-aih    Doc 12    FILED 05/15/19    ENTERED 05/15/19 11:53:57    Page 1 of 1