# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No: **19-10030** |
|    **WOLFE, RYAN DAVID** | ) | Judge: Arthur I. Harris |
| | ) | |
|    Debtor(s) | ) | Chapter 7 Proceeding |
| | ) | |
| | ) | **REQUEST FOR NOTICE** |
| | ) | **TO CREDITORS** |

To the Clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter.

Please issue notice to creditors to file claims.

 

/s/ Virgil E. Brown, Jr.
Virgil E. Brown, Jr. 0003675
Attorney for Trustee
4070 Mayfield Road
Cleveland, Ohio 44121
(216) 851-3304
(216) 851-2900 fax
virgil@vebtrustee.com